# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOSSCO AUSTRALIAN PARTY, Ltd.,** | ) | **CASE NO. 8:05CV79** |
| Plaintiff, | ) | |
| vs. | ) | |
| **AG PROCESSING, INC.,** | ) | **ORDER** |
| Defendant and Third-Party Plaintiff, | ) | |
| vs. | ) | |
| **KINDER MORGAN BULK TERMINALS, INC.,** | ) | |
| Third-Party Defendant. | ) | |

This matter comes before the Court on the unopposed Motion of Third-Party Defendant for Additional Time to File Reply Brief (Filing No. 28). There being no objection to the requested extension of time,

IT IS ORDERED:

1) The Motion of Third-Party Defendant for Additional Time to File Reply Brief (Filing No. 28) is granted; and

2) Third-Party Defendant shall file its reply brief on or before July 25, 2005.

Dated this 14th day of July, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge