# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOSSCO AUSTRALIA PARTY LIMITED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CV79** |
| vs. | ) | |
| | ) | **ORDER** |
| **AG PROCESSING, INC.,** | ) | |
| | ) | |
| **Defendant/Third Party Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **KINDER MORGAN BULK TERMINALS, INC.,** | ) | |
| | ) | |
| **Third Party Defendant.** | ) | |

This matter is before the court on plaintiff's MOTION TO FILE AMENDED COMPLAINT (#30). Response time has passed, and the court has not received a response in opposition to the motion. Upon review of the proposed amended complaint, the court finds that plaintiff's motion should be granted.

**IT IS ORDERED:**

1. Plaintiff's MOTION TO FILE AMENDED COMPLAINT (#30) is granted. Plaintiff shall file and serve the amended pleading on or before **August 10, 2005**.

2. Defendants shall respond to the Amended Complaint (#37) within the time allowed by Fed. R. Civ. P. 15(a).

**DATED August 3, 2005.**

 BY THE COURT:

 s/ F.A. Gossett
 **United States Magistrate Judge**