## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSSCO AUSTRALIA PARTY LIMITED,   )<br>)<br>Plaintiff,   )<br>)<br>vs.   )<br>)<br>AG PROCESSING, INC.,   )<br>)<br>Defendant/Third Party Plaintiff,   )<br>)<br>vs.   )<br>)<br>KINDER MORGAN BULK TERMINALS, INC.,   )<br>)<br>Third Party Defendant.   ) | 8:05CV79<br><br>ORDER |

Plaintiff and Defendant have filed a Joint Motion to continue the planning conference now set for September 22, 2005 (#36).  The parties request a 90-day continuance due to issues related to the third-party action.  For good cause shown, I find that the motion should be granted.

**IT IS ORDERED** that the motion (#36) is granted.  The planning conference now set for September 22, 2005 is continued to Thursday, **December 22, 2005 at 9:00 a.m.**

**DATED August 10, 2005.**

           BY THE COURT:

           s/ F.A. Gossett
           **United States Magistrate Judge**