# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOSSCO AUSTRALIA PARTY,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV79 |
| | ) | |
| v. | ) | |
| | ) | |
| **AG PROCESSING, INC.,** | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The records of the court show that on September 26, 2005, letters were sent to the following attorneys from the Office of the Clerk directing that they register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System"). As of November 1, 2005, these attorneys have not complied with the request set forth in the letter from the Office of the Clerk.

James C. Egan , Jr
WEIL, GOTSHAL LAW FIRM
1501 K Street, NW
Suite 100
Washington, DC 20005

Kirsten A. Lockhart
WEIL, GOTSHAL LAW FIRM
1501 K Street, NW
Suite 100
Washington, DC 20005

Richard C. Godfrey
KIRKLAND, ELLIS LAW FIRM
200 East Randolph Drive
Suite 5400
Chicago, IL 60601

Jeffrey R. Miller
KIRKLAND, ELLIS LAW FIRM
200 East Randolph Drive
Suite 5400
Chicago, IL 60601

Richard M. Hagstrom
ZELLE, HOFMANN LAW FIRM
500 Washington Avenue South
Suite 4000
Minneapolis, MN 55415

Glenn A. Mitchell
STEIN, MITCHELL LAW FIRM
1100 Connecticut Avenue
Suite 1100
Washington, DC 20036

Daniel E. Laytin
KIRKLAND, ELLIS LAW FIRM
200 East Randolph Drive
Suite 5400
Chicago, IL 60601

Steven A. Newborn
WEIL, GOTSHAL LAW FIRM
1501 K Street, NW
Suite 100
Washington, DC 20005

David J. Zott
KIRKLAND, ELLIS LAW FIRM
200 East Randolph Drive
Suite 5400
Chicago, IL 60601

**IT IS ORDERED** that, on or before **November 15, 2005** the attorneys listed above shall either register for the System or show cause by written affidavit why they cannot comply with the rules of the court.

**DATED November 1, 2005.**

                                                   **BY THE COURT:**

                                                   s/ F.A. Gossett
                                                 **United States Magistrate Judge**