IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSSCO AUSTRALIA PARTY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv79 |
| | ) | |
| v. | ) | |
| | ) | |
| AG PROCESSING, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 48 be stricken from the record for the following reason:

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 48 from the record.

DATED this 1st day of November, 2005.

BY THE COURT:


S/ F.A. Gossett
United States Magistrate Judge