# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSSCO AUSTRALIA PARTY LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AG PROCESSING, INC., | ) | |
| | ) | |
| Defendant/Third Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 8:05CV79 |
| KINDER MORGAN BULK TERMINALS, INC., | ) | |
| | ) | ORDER |
| Third Party Defendant/ | ) | |
| Third Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GEARBULK INC. f/k/a/ GEARBULK IMT | ) | |
| LINES, INC., f/k/a/ BHP INTERNATIONAL | ) | |
| TRANSPORT MARINE LINES, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

The parties have filed an UNOPPOSED JOINT MOTION TO CONTINUE PLANNING CONFERENCE (#54). The conference was previously continued to December 22, 2005. The parties request another 90-day continuance due to issues related to the third-party action. For good cause shown, I find that the motion should be granted.

**IT IS ORDERED** that the motion (#54) is granted. The planning conference now set for December 22, 2005 is continued to **March 23, 2006 at 9:00 a.m..**

**DATED November 30, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**