# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOSSCO AUSTRALIA PTY LIMITED,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **AG PROCESSING, INC.,** ) | |
| ) | 8:05CV79 |
| **Defendant and** ) | |
| **Third-Party Plaintiff,** ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| **KINDER MORGAN BULK** ) | |
| **TERMINALS, INC.,** ) | |
| ) | |
| **Third-Party Defendant.** ) | |
| ) | |

This matter is before the court on plaintiff's unopposed Motion [121] to extend expert discovery deadlines. For good cause shown,

**IT IS ORDERED** that the Motion [121] is granted, and the Final Progression Order [62] is amended as follows:

1. Plaintiff Jossco and Defendant/Third-Party Plaintiff AGP shall disclose their experts by **January 30, 2007**.

2. Third-Party Defendant Kinder Morgan shall disclose experts by **March 2, 2007**.

3. All rebuttal experts shall be disclosed by **April 17, 2007**.

4. All depositions shall be completed by **May 18, 2007**.

5. All other existing deadlines remain in effect.

**DATED December 1, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**