IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL MARINE INSURANCE AGENCY LIMITED and VERO INSURANCE LIMITED Trading as VERO NATIONAL MARINE, as Subrogee of JOSSCO AUSTRALIA PTY LIMITED,<br><br>        Plaintiffs,<br><br>  vs.<br><br>AG PROCESSING INC a cooperative,<br><br>        Defendant and Third-Party Plaintiff,<br><br>  vs.<br><br>KINDER MORGAN BULK TERMINALS, INC.,<br><br>        Third Party Defendant. | CASE NO. 8:05CV79<br><br>**ORDER** |

This matter comes before the court on the unopposed motion of Defendant and Third-Party Plaintiff Ag Processing Inc (AGP) for Enlargement of Time to Disclose Experts Used in Support of its Defenses to the Claims of the Plaintiffs [158]. Upon review of the motion and accompanying stipulation [159],

IT IS ORDERED:

1. The Stipulation [159] is approved.

2. The Motion for Enlargement of Time [158] is granted. By July 16, 2007, AGP shall identify its expert witnesses to be used in support of its defenses to the claims of the plaintiffs. All other deadlines contained in the Amended Final Progression Order [132] shall remain in full force and effect.

DATED June 29, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge