# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NATIONAL MARINE INSURANCE AGENCY LIMITED and VERO INSURANCE LIMITED Trading as VERO NATIONAL MARINE, as Subrogee of JOSSCO AUSTRALIA PTY LIMITED,**      Plaintiffs, vs. **AG PROCESSING INC a cooperative,**     Defendant and Third-Party Plaintiff, vs. **KINDER MORGAN BULK TERMINALS, INC.,**     Third Party Defendant. | 8:05CV79 ORDER |

This matter is before the court on the parties' Joint Motion and Stipulation [165] to Amend the January 4, 2007 "Amended Final Progression Order."  For good cause shown,

**IT IS ORDERED** that the Joint Motion [165] is granted, as follows:

1. The deposition deadline is extended to **October 1, 2007.**

2. The deadline by which all parties may file summary judgment motions is extended to **October 12, 2007.**  In light of the January 22, 2008 trial date, this is a final extension of the summary judgment motion deadline.

3. All other deadlines contained in the Amended Final Progression Order [132] shall remain in full force and effect.

**DATED July 27, 2007.**

                                                            BY THE COURT:

                                                            s/ F.A. Gossett
                                                            United States Magistrate Judge