# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL MARINE INSURANCE AGENCY LIMITED and VERO INSURANCE LIMITED Trading as VERO NATIONAL MARINE, as Subrogee of JOSSCO AUSTRALIA PTY LIMITED,  Plaintiffs,  vs.  AG PROCESSING INC a cooperative,  Defendant and Third-Party Plaintiff,  vs.  KINDER MORGAN BULK TERMINALS, INC.,  Third Party Defendant. | 8:05CV79  ORDER |

In light of the motions for voluntary dismissal (Filings 179 & 180) filed by the plaintiffs and the third-party plaintiff on September 6, 2007,

**IT IS ORDERED** that plaintiffs' Motion to Strike the supplemental report of expert witness Peter Singh (Filing 174) is denied as moot.

**DATED September 11, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**